**MANNING CURTIS BRADSHAW**
**& BEDNAR PLLC**
Alan C. Bradshaw, #4801
abradshaw@mc2b.com
Christopher M. Glauser, #12101
cglauser@mc2b.com
136 East South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 363-5678
Facsimile: (801) 364-5678

*Attorneys for Plaintiff/Counterclaim Defendant Garden of Life, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GARDEN OF LIFE, LLC,<br><br>    Plaintiff,<br>v.<br><br>RHEMA HEALTH PRODUCTS INC.,<br><br>    Defendant. | **GARDEN OF LIFE, LLC'S LOCAL RULE 26-1 LIST OF DISCLOSED EXPERT WITNESSES**<br><br>Case No. 2:16-cv-01222-BSJ |
| RHEMA HEALTH PRODUCTS INC.,<br><br>    Third-Party Plaintiff,<br>v.<br><br>TRI-ISO TRYLINE, LLC dba BAOBAB FOODS,<br><br>    Third-Party Defendant. | |

Pursuant to DUCivR 26-1, Plaintiff Garden of Life, LLC ("GOL") hereby states that it disclosed to Defendant and Third-Party Plaintiff Rhema Health Products Inc. and Third-Party Defendant Tri-Iso Tryline, LLC dba Baobab Foods, the following individuals who may offer expert testimony and opinions in this matter under Federal Rule of Evidence 702, 703, or 705:

(1) Robert C. Fish, Senior Advisor for Quality and Compliance, EAS Consulting Group, LLC, who is an expert retained by Garden of Life and whose subjects of expertise include the regulations and requirements of the United States Food and Drug Administration ("FDA") and federal law governing dietary supplements, including with respect to Current Good Manufacturing Practices.

(2) Stephen Gendel, Ph.D., Senior Science Manager – Foods, U.S. Pharmacopeia, who has not been retained as an expert by GOL and whose subjects of expertise include the regulations and requirements of FDA and federal law governing dietary supplements, including, but not limited to, with respect to Current Good Manufacturing Practices, and practices and procedures for preventing and handling recalls.

(3) Donald Zink, Ph.D., President, Division of Foods and Regulatory Compliance, IEH Laboratories and Consulting Group, who has not been retained as an expert by GOL and whose subjects of expertise include the regulations and requirements of FDA and federal law in the manufacturing of dietary supplements, including, but not limited to, with respect to Current Good Manufacturing Practices, and practices and procedures for preventing and handling recalls.

Garden of Life, LLC expressly reserves its right to supplement or amend this list of expert witnesses, as appropriate under Federal Rule of Civil Procedure 26.

Dated:  May 25, 2018                                MANNING CURTIS BRADSHAW &
                                                    BEDNAR PLLC


                                                    /s/ Christopher M. Glauser
                                                    Alan C. Bradshaw
                                                    Christopher M. Glauser


                                                    Jeffrey A. Simes (*pro hac vice*)
                                                    Joanne M. Gray (*pro hac vice*)

Michael K. Murray (*pro hac vice*)
Jenna C. Newmark (*pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: (212) 813-8800
Fax: (212) 355-3333
JSimes@goodwinlaw.com
JGray@goodwinlaw.com
MMurray@goodwinlaw.com
JNewmark@goodwinlaw.com

Amanda H. Russo (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Avenue N.W.
Washington, DC 20001
Phone: (202) 346-4000
Fax: (202) 346-4444
ARusso@goodwinlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Garden of Life, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing **GARDEN OF LIFE, LLC'S LOCAL RULE 26-1 LIST OF DISCLOSED EXPERT WITNESSES** to be served in the method indicated below to the below-named parties this 25th day of May, 2018.

| | |
|---|---|
| ___HAND DELIVERY<br>___U.S. MAIL<br>___FAX TRANSMISSION<br>___E-MAIL TRANSMISSION<br> x  CM/ECF | Heather L. Thuet<br>Bryson R. Brown<br>CHRISTENSEN & JENSEN, P.C.<br>257 East 200 South, Suite 1100<br>Salt Lake City, UT 84111<br>Heather.Thuet@chrisjen.com<br>Bryson.Brown@chrisjen.com<br><br>*Attorneys for Defendant/Counterclaim Plaintiff Rhema Health Products, Inc.*<br><br>Ryan Atkinson<br>STRONG & HANNI<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111<br>ratkinson@strongandhanni.com<br><br>*Attorney for Third-Party Defendant Tri-Iso Tryline, LLC  dba Baobab Foods* |

/s/ Christopher M. Glauser