**MANNING CURTIS BRADSHAW
& BEDNAR PLLC**
Alan C. Bradshaw, #4801
abradshaw@mc2b.com
Christopher M. Glauser, #12101
cglauser@mc2b.com
136 East South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 363-5678
Facsimile: (801) 364-5678

*Attorneys for Plaintiff/Counterclaim Defendant Garden of Life, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GARDEN OF LIFE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RHEMA HEALTH PRODUCTS INC.,<br><br>    Defendant. | **ORDER ON THE PARTIES' STIPULATED MOTION TO AMEND SCHEDULING ORDER AND VACATE JUNE 22, 2018 HEARING**<br><br>Case No. 2:16-cv-01222-BSJ<br><br>Judge Bruce S. Jenkins |
| RHEMA HEALTH PRODUCTS INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>TRI-ISO TRYLINE, LLC dba BAOBAB FOODS,<br><br>    Third-Party Defendant. | |

The Court, having considered the parties' stipulated Motion to Amend Scheduling Order and Vacate June 22, 2018 Hearing, as well as the parties' arguments and positions at the hearing on June 22, 2018, enters the following order:

The Parties' request that the Court vacate the June 22, 2018 hearing is DENIED as moot.

The Parties' request to amend the scheduling order is GRANTED IN PART AND DENIED IN PART as follows:

- The current deadlines for counter expert reports, to serve expert discovery, to complete expert discovery, for filing dispositive or potentially dispositive motions, and for filing complete or partial motions to exclude expert testimony are vacated, to be reset if necessary at the Status Conference discussed below.

- The Parties shall engage in mediation at a mutually agreed-upon location beginning on August 20, 2018 and continuing as needed thereafter during the remainder of that week.

- A Status Conference is hereby set for August 28, 2018 at 1:30 p.m. at which the Parties will inform the Court of the result of their mediation. If necessary, the Court will then reset the deadlines for counter expert reports, to serve expert discovery, to complete expert discovery, for filing dispositive or potentially dispositive motions, and for filing complete or partial motions to exclude expert testimony. At that time the parties may also raise any concerns they have regarding the remaining pretrial dates.

- The Pretrial Order is due from the Parties on November 14, 2018.

- The Final Pretrial Conference is set for November 16, 2018 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 6/26/16

Honorable Bruce S. Jenkins
United States District Court Judge

**Approved as to Form:**

| MANNING CURTIS BRADSHAW & BEDNAR PLLC | CHRISTENSEN & JENSEN, P.C. |

/s/ Christopher M. Glauser
Alan C. Bradshaw
Christopher M. Glauser

Jeffrey A. Simes (*pro hac vice*)
Joanne M. Gray (*pro hac vice*)
Michael K. Murray (*pro hac vice*)
Jenna C. Newmark (*pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: (212) 813-8800
Fax: (212) 355-3333
JSimes@goodwinlaw.com
JGray@goodwinlaw.com
MMurray@goodwinlaw.com
JNewmark@goodwinlaw.com

Amanda H. Russo (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Avenue N.W.
Washington, DC 20001
Phone: (202) 346-4000
Fax: (202) 346-4444
ARusso@goodwinlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Garden of Life, LLC*

/s/ Bryson R. Brown (signed with permission)
Heather L. Thuet
Bryson R. Brown
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
Heather.Thuet@chrisjen.com
Bryson.Brown@chrisjen.com

*Attorneys for Defendant/Counterclaim Plaintiff Rhema Health Products Inc.*

STRONG & HANNI

/s/ Ryan Atkinson (signed with permission)
Ryan Atkinson
102 South 200 East, Suite 800
Salt Lake City, UT 84111
ratkinson@strongandhanni.com

*Attorney for Third-Party Defendant Tri-Iso Tryline, LLC dba Baobab Foods*