Heather L. Thuet, #10106
Bryson R. Brown, #14146
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111
Telephone:  (801) 323-5000
Facsimile:   (866) 562-7506
Heather.Thuet@chrisjen.com
Bryson.Brown@chrisjen.com

*Attorneys for Defendant and Third-Party Plaintiff Rhema Health Products Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GARDEN OF LIFE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RHEMA HEALTH PRODUCTS INC.,<br><br>    Defendant. | **APPENDIX: EXHIBITS TO [175] RHEMA HEALTH PRODUCTS INC.'S MOTION FOR SUMMARY JUDGMENT ON ITS CLAIM FOR BREACH OF CONTRACT AGAINST GARDEN OF LIFE, LLC**<br><br>Case No. 2:16-cv-01222-BSJ<br><br>Judge Bruce S. Jenkins |
| RHEMA HEALTH PRODUCTS INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>TRI-ISO TRYLINE, LLC dba BAOBAB FOODS,<br><br>    Third-Party Defendant. | |

    Defendant and Counterclaimant Rhema Health Products Inc., by and through the undersigned counsel, hereby submits this appendix and attached exhibits to comply with DUCivR 56-1(b)(5) for Rhema Health Products Inc.'s Motion for Summary Judgment on Its Claim for Breach of Contract Against Garden of Life, LLC *(ECF 175)*.

## INDEX

| Exhibit | Description | Source |
|---|---|---|
| A. | Manufacturing Agreement | ECF 2-2 |
| B. | Letter from Jeffrey Simes to Rick Gagner, dated September 26, 2016 | GOL00000582-GOL00000591 |
| C. | Rule 26(a)(2) Expert Report of L. Scott Kimber, CPA/ABV, ASA | Rhema Health Products Inc. |
| D. | Declaration of Sinisa Vekic in Support of Rhema's Motion for Summary Judgment | Rhema Health Products Inc. |
| E. | Email from Jeffrey Brams to Jess Berlenbach, Rick Gagner, Brendan Kesler, Josue Molina and Spencer Porter, dated February 23, 2016 at 9:05 a.m. | RHEMA00006003-RHEMA00006005 |
| F. | Email from Brendan Kesler to Carmine Di Giovanni and Jess Berlenbach, dated February 15, 2016 at 1:31 p.m. | RHEMA00006010-RHEMA00006012 |
| G. | Email from Jess Berlenbach to Brendan Kesler, dated February 18, 2016 at 8:29 a.m. and email from Brendan Kesler to Jess Berlenbach, dated February 18, 2016 at 7:39 a.m. | RHEMA00005986-RHEMA00005989 |
| H. | Declaration of Jeffrey Brent Brams, Esq., in Support of Garden of Life, LLC's Motion for Summary Judgment on Liability with Respect to Counts I and II | ECF 73-2 |
| I. | Transcript of the January 18, 2018 Deposition of Jeffrey Brams | |

2

DATED this 20th day of August, 2018

                                                CHRISTENSEN & JENSEN, P.C.

                                                */s/ Heather L. Thuet*
                                                Heather L. Thuet
                                                Bryson R. Brown
                                                *Attorneys for Defendant and Third-Party Plaintiff Rhema Health Products Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August, 2018, the foregoing **APPENDIX: EXHIBITS TO [175] RHEMA HEALTH PRODUCTS INC.'S MOTION FOR SUMMARY JUDGMENT ON ITS CLAIM FOR BREACH OF CONTRACT AGAINST GARDEN OF LIFE, LLC** was filed electronically utilizing the CM/ECF system which sent notification of such filing to the following:

Alan C. Bradshaw
abradshaw@mc2b.com
Christopher M. Glauser
cglauser@mc2b.com
MANNING CURTIS BRADSHAW & BEDNAR PLLC
136 East South Temple, Suite 1300
Salt Lake City, UT 84111

Jeffrey A. Simes
jsimes@goodwinlaw.com
Joanne M. Gray
jgray@goodwinlaw.com
Michael K. Murray
mmurray@goodwinlaw.com
Jenna C. Newmark
jnewmark@goodwinlaw.com
Amanda H. Russo
arusso@goodwinlaw.com
GOODWIN PROCTER LLP
*Attorneys for Plaintiff Garden of Life, LLC*

Ryan P. Atkinson
ratkinson@strongandhanni.com
STRONG & HANNI, P.C.
*Attorneys for Tri-Iso Tryline, LLC dba Baobab Foods*

                                                */s/ Heather L. Thuet*
                                                **Attorney for Rhema Health Products Inc.**