**MANNING CURTIS BRADSHAW
& BEDNAR PLLC**
Alan C. Bradshaw, #4801
abradshaw@mc2b.com
Christopher M. Glauser, #12101
cglauser@mc2b.com
136 East South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 363-5678
Facsimile: (801) 364-5678

*Attorneys for Plaintiff/Counterclaim Defendant Garden of Life, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GARDEN OF LIFE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RHEMA HEALTH PRODUCTS INC.,<br><br>    Defendant. | **[PROPOSED] ORDER ON THE PARTIES' STIPULATED MOTION TO AMEND SCHEDULING ORDER AND SET DEADLINES**<br><br>Case No. 2:16-cv-01222-BSJ<br><br>Judge Bruce S. Jenkins |
| RHEMA HEALTH PRODUCTS INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>TRI-ISO TRYLINE, LLC dba BAOBAB FOODS,<br><br>    Third-Party Defendant. | |

The Court, having considered the Parties' stipulated Motion to Amend Scheduling Order and Set Deadlines, as well as the Parties' arguments and positions at the hearing on

August 28, 2018, GRANTS the Parties' request to amend the scheduling order and set deadlines, and enters the following order:

- The deadline for serving counter expert reports is set for **October 19, 2018**.

- The deadline for serving expert discovery is set for **October 31, 2018**.

- The deadline for filing dispositive or potentially dispositive motions is set for **December 7, 2018**.

- The deadline to complete expert discovery is set for **December 20, 2018**.

- The deadline for filing complete or partial motions to exclude expert testimony is set for **January 11, 2019**.

- The deadline for filing non-expert motions *in limine* is set for **January 21, 2019**.

- Plaintiff Garden of Life, LLC is to file its Rule 26(a)(3) Pretrial Disclosures on or by **January 28, 2019**.

- Defendant and Third-Party Plaintiff Rhema Health Products Inc. is to file its Rule 26(a)(3) Pretrial Disclosures on or by **February 11, 2019**.

- Third-Party Defendant Tri-Iso Tryline, LLC d/b/a Baobab Foods is to file its Rule 26(a)(3) Pretrial Disclosures on or by **February 18, 2019**.

- The deadline for the Parties to hold a Special Attorney Conference is **March 15, 2019**.

- The Pretrial Order is due from the Parties on **March 22, 2019**.

- The Final Pretrial Conference is set for **April 5, 2019 at 10:00 a.m.**

- Trial is to be scheduled for mid- to late April 2019, on dates to be determined by the Court's availability.

**IT IS SO ORDERED.**

Dated: _____

                                                Honorable Bruce S. Jenkins
                                                United States District Court Judge

**Approved as to Form:**

| | |
|---|---|
| MANNING CURTIS BRADSHAW & BEDNAR PLLC | CHRISTENSEN & JENSEN, P.C. |
| /s/ Christopher M. Glauser<br>Alan C. Bradshaw<br>Christopher M. Glauser | /s/ Heather L. Thuet – signed with permission<br>Heather L. Thuet<br>Bryson R. Brown<br>257 East 200 South, Suite 1100<br>Salt Lake City, UT 84111<br>Heather.Thuet@chrisjen.com<br>Bryson.Brown@chrisjen.com |
| Jeffrey A. Simes (*pro hac vice*)<br>Joanne M. Gray (*pro hac vice*)<br>Michael K. Murray (*pro hac vice*)<br>Jenna C. Newmark (*pro hac vice*)<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br>Phone: (212) 813-8800<br>Fax: (212) 355-3333<br>JSimes@goodwinlaw.com<br>JGray@goodwinlaw.com<br>MMurray@goodwinlaw.com<br>JNewmark@goodwinlaw.com | *Attorneys for Defendant/Counterclaim Plaintiff Rhema Health Products Inc.*<br><br>STRONG & HANNI |
| Amanda H. Russo (*pro hac vice*)<br>**GOODWIN PROCTER LLP**<br>901 New York Avenue N.W.<br>Washington, DC  20001<br>Phone: (202) 346-4000<br>Fax: (202) 346-4444<br>ARusso@goodwinlaw.com | /s/ Ryan Atkinson – signed with permission<br>Ryan Atkinson<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111<br>ratkinson@strongandhanni.com<br><br>*Attorney for Third-Party Defendant Tri-Iso Tryline, LLC  dba Baobab Foods* |
| *Attorneys for Plaintiff/Counterclaim Defendant Garden of Life, LLC* | |