FILED
2018 OCT 10 PM 3:05
CLERK
U.S. DISTRICT COURT

Heather L. Thuet, #10106
Bryson R. Brown, #14146
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile: (866) 562-7506
Heather.Thuet@chrisjen.com
Bryson.Brown@chrisjen.com

*Attorneys for Defendant and Third-Party Plaintiff Rhema Health Products Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GARDEN OF LIFE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RHEMA HEALTH PRODUCTS INC., <br><br> Defendant. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| RHEMA HEALTH PRODUCTS INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> TRI-ISO TRYLINE, LLC dba BAOBAB FOODS, <br><br> Third-Party Defendant. | Case No. 2:16-cv-01222-BSJ <br><br> Judge Bruce S. Jenkins |

Before the Court is Rhema Health Products Inc.'s stipulated motion for a two-week extension to file a reply memorandum in support of its motion for summary judgment. For good cause showing, the motion is hereby granted. Rhema shall have until October 29, 2018 to file its reply.

Signed October 10, 2018.

BY THE COURT:

*[signature]*

Honorable Bruce S. Jenkins
U.S. District Judge

APPROVED AS TO FORM:

CHRISTENSEN & JENSEN, P.C.

<u>s/Bryson R. Brown</u>
Heather L. Thuet
Bryson R. Brown
*Attorneys for Rhema Health Products, Inc.*


<u>s/Christopher M. Glauser*</u>

Alan C. Bradshaw
Christopher M. Glauser
MANNING CURTIS BRADSHAW & BEDNAR PLLC

Jeffrey A. Simes
Joanne M. Gray
Michael K. Murray
Amanda H. Russo
GOODWIN PROCTER LLP
*Attorneys for Plaintiff Garden of Life, LLC*

*Electronic signature affixed with permission given via email.