**MANNING CURTIS BRADSHAW
& BEDNAR PLLC**
Alan C. Bradshaw, #4801
abradshaw@mc2b.com
Christopher M. Glauser, #12101
cglauser@mc2b.com
136 East South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 363-5678
Facsimile: (801) 364-5678

*Attorneys for Plaintiff/Counterclaim Defendant Garden of Life, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GARDEN OF LIFE, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>RHEMA HEALTH PRODUCTS INC.,<br><br>       Defendant. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:16-cv-01222-BSJ |
| RHEMA HEALTH PRODUCTS INC.,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>TRI-ISO TRYLINE, LLC dba BAOBAB FOODS,<br><br>       Third-Party Defendant. | |

PLEASE TAKE NOTICE that Jenna C. Newmark of the law firm Goodwin Procter LLP hereby withdraws as counsel in this action on behalf of Garden of Life, LLC.  The reason for the withdrawal is that Ms. Newmark is leaving the law firm of Goodwin Procter LLP.  Garden of

Life, LLC continues to be represented by all other counsel of record in this matter, including the law firms of Manning Curtis Bradshaw & Bednar PLLC and Goodwin Procter LLP.

Dated:  October 15, 2018

MANNING CURTIS BRADSHAW & BEDNAR PLLC

/s/ Christopher M. Glauser
Alan C. Bradshaw
Christopher M. Glauser

Jeffrey A. Simes (*pro hac vice*)
Joanne M. Gray (*pro hac vice*)
Michael K. Murray (*pro hac vice*)
Jenna C. Newmark (*pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Phone: (212) 813-8800
Fax: (212) 355-3333
JSimes@goodwinlaw.com
JGray@goodwinlaw.com
MMurray@goodwinlaw.com
JNewmark@goodwinlaw.com

Amanda H. Russo (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Avenue N.W.
Washington, DC  20001
Phone: (202) 346-4000
Fax: (202) 346-4444
ARusso@goodwinlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Garden of Life, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** to be served in the method indicated below to the below-named parties this 15th day of October, 2018.

```
___HAND DELIVERY           Heather L. Thuet
___U.S. MAIL               Bryson R. Brown
___FAX TRANSMISSION        CHRISTENSEN & JENSEN, P.C.
___E-MAIL TRANSMISSION     257 East 200 South, Suite 1100
 x CM/ECF                  Salt Lake City, UT 84111
                           Heather.Thuet@chrisjen.com
                           Bryson.Brown@chrisjen.com
```

*Attorneys for Defendant/Counterclaim Plaintiff Rhema Health Products Inc.*

```
___HAND DELIVERY           Ryan Atkinson
___U.S. MAIL               STRONG & HANNI
___FAX TRANSMISSION        102 South 200 East, Suite 800
___E-MAIL TRANSMISSION     Salt Lake City, UT 84111
 x CM/ECF                  ratkinson@strongandhanni.com
```

*Attorney for Third-Party Defendant Tri-Iso Tryline, LLC dba Baobab Foods*

           /s/ Christopher M. Glauser
           Christopher M. Glauser